

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00421-CR

**RICARDO RAMIREZ,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 20-01405-CRF-85

## MEMORANDUM OPINION

Appellant, Ricardo Ramirez, was convicted of murder. *See* TEX. PENAL CODE ANN.

§ 19.02(c). Ramirez's sentence was imposed on November 7, 2022, and the trial court

entered its judgment on November 10, 2022. On November 7, 2022, the trial court also

signed a Certification of Defendant's Right of Appeal, indicating that this "[i]s a plea -

bargain case, and the defendant has NO right of appeal" and that "[t]he defendant has

waived the right of appeal for all purposes." Ramirez filed a pro se notice of appeal on December 15, 2022.

We must dismiss an appeal "without further notice, regardless of the basis for the appeal" if the trial court's certification shows there is no right to appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (holding that an appellant who has executed a waiver of appeal, whether negotiated or non-negotiated, could not appeal without securing the permission of the trial court). Additionally, we have no jurisdiction of an untimely appeal. *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction." (citation omitted)). Because Ramirez's pro se notice of appeal is untimely, and because the trial court's certification shows there is no right to appeal, this appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Ramirez may file a motion for rehearing with this Court within fifteen (15) days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Ramirez desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty (30) days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* at R. 68.2(a).

STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith
(Chief Justice Gray concurring with a note)*
Appeal dismissed
Opinion delivered and filed December 21, 2022
Do not publish
[CR25]

*(Chief Justice Gray concurs in the Court's judgment.  A separate opinion will not issue.)

